**Fill in this information to identify the case:**

Debtor 1: Elizabeth Lynncola Miller

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 1690745

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $858.17

**Last 4 digits** of any number you use to identify the debtor's account: 9 2 2 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 898.23    New mortgage payment: $ 858.17

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 Elizabeth Lyncola Miller          Case number (if known) 16-90745
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor                                      Date  09/25/2020
  Signature

Print:  TAYLOR,TAVON                                   VP Loan Documentation
        First Name   Middle Name   Last Name           Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                         MN      55121-7700
         City                          State   ZIP Code

Contact phone  800-274-7025            NoticeOfPaymentChangeInquiries@wellsfargo.com
                                       Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Chapter 13 No. 1690745
Judge: Andrea K. McCord

In re:

Elizabeth Lynncola Miller

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before September 28, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:　　　　By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

　Elizabeth Lynncola Miller
　2319 Belmar Drive

　Jeffersonville IN 47130

　　　　By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
　　　N/A

Debtor's Attorney:　　By Court's CM/ECF system registered email address

　Lloyd E KoehlerD

　400 Pearl Street Ste 200

　New Albany IN 47150

　　　　By Court's CM/ECF system registered email address
　　　N/A

Trustee:　　　By Court's CM/ECF system registered email address

　Joseph M. Black, Jr.
　Office of Joseph M. Black, Jr.
　PO Box 846

　Seymour IN 47274

　　　　　　　　/s/Tavon Taylor
　　　　　　　　_____
　　　　　　　　VP Loan Documentation
　　　　　　　　Wells Fargo Bank, N.A.